# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Dwayne E. Eggers**

   vs.

**Jo Anne B. Barnhart**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:04-CV-1392

      **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THE COURT ADOPTS THE REPORT-RECOMMENDATION AND REMANDS THE DECISION.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON JANUARY 26, 2007.

Dated:  January 26, 2007

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
By:  Deputy Clerk